IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN RENAL MANAGEMENT LLC d/b/a INNOVATIVE RENAL CARE, <br><br> Defendant. | CASE NO.: 1:25-cv-10520 <br><br> **CLASS ACTION** <br><br> **JURY DEMAND** |

**PLAINTIFF'S *EX-PARTE* MOTION TO PROCEED UNDER PSEUDONYM "JOHN DOE" IN ALL DOCUMENTS FILED WITH THIS COURT**

The Plaintiff, John Doe, respectfully moves this Court to permit him to to use the pseudonym "John Doe" in any filed and/or future pleadings, including the Complaint and Jury Demand, which was filed with this Motion, and all other Court documents. As Grounds therefore, the Plaintiff states as follows:

1. This is a class action alleging that Defendant failed to protect Plaintiff's and the proposed Class Members' data privacy and thus allowed the same information to fall into the hands of cybercriminals and identity thieves. Plaintiff asserts claims for negligence, negligence per se, breach of an implied contract, invasion of privacy, and unjust enrichment.

2. Given the highly sensitive nature of this lawsuit, including the identity of Plaintiff as an employee, Plaintiff requests to proceed as John Doe.

3. A Memorandum of the Law accompanies this Motion, which more fully sets forth the grounds for the relief sought herein.

WHEREFORE, the Plaintiff respectfully requests that this Court allow Plaintiff's *Ex-Parte*

1

Motion to Proceed Under the Pseudonym "John Doe" in all Documents Filed With This Court.

**PLAINTIFF REQUESTS A HEARING ON THIS MOTION IF THE COURT DEEMS IT APPROPRIATE.**

Dated: March 4, 2025

The Plaintiff,
John Doe
By his attorneys,

*/s/ Kimberly A. Dougherty*
Kimberly A. Dougherty, Esq. (BBO #658014)
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Tel: 508-230-2700
Fax: 385-278-0287
kim@justicelc.com

Raina C. Borrelli*
Samuel J. Strauss*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

J. Gerard Stranch, IV*
Grayson Wells*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

**Pro hac vice* forthcoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RENAL MANAGEMENT LLC d/b/a INNOVATIVE RENAL CARE,<br><br>Defendant. | CASE NO.: 1:25-cv-10520<br><br>**CLASS ACTION**<br><br>**JURY DEMAND** |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS *EX-PARTE* MOTION TO PROCEED UNDER THE PSEUDONYM "JOHN DOE" IN ALL DOCUMENTS FILED WITH THIS COURT**

The Plaintiff, John Doe, respectfully submits this Memorandum of Law in support of his *Ex-Parte* Motion to Proceed Under the Pseudonym "John Doe" in all Documents filed with this Court. For all the following reasons, the Plaintiff requests that his motion be allowed.

**I.    FACTUAL BACKGROUND**

This is a class action alleging that Defendant failed to protect Plaintiff's and the proposed Class Members' data privacy and thus allowed the same information to fall into the hands of cybercriminals and identity thieves. Defendant is a comprehensive kidney care company with nearly 250 dialysis centers and thus maintains highly sensitive personal identifiable information ("PII") on its current and former employees. Indeed, the status of an individual as an employee inherently creates tension and places him in fear of relation for seeking relief for his injuries. In February and March 2024, unauthorized third parties infiltrated Defendant's information systems and gained access to the highly sensitive employee data it stored on its systems. Plaintiff alleges that Defendant failed to

3

appropriately and reasonably protect that information and is thus liable for the injuries caused to him and members of the Class, including the significant increase in identity theft and fraud that they must now face for years to come. To seek redress for these injuries, Plaintiff asserts claims for negligence, negligence per se, breach of an implied contract, invasion of privacy, and unjust enrichment.

## ARGUMENT

It is within this Court's discretion to allow the Plaintiff to proceed pseudonymously, and this is generally allowed where a substantial privacy interest is involved, or the action involves matters that are highly sensitive. *Doe v. Word of Life Fellowship, Inc.*, 2011 WK 2968912, at *1 (D. Mass. 2011); *see also, Doe v. Westlake Academy*, 2000 WL 1724887 (Mass. Super. 2000) (allowing plaintiff who was sexually assaulted while a resident at a mental health facility to proceed as "Jane Doe for purposes of privacy"); *Doe v. Fed. Republic of Germany*, 680 F. Supp. 3d 1, 4–5 (D.D.C. 2023) (granting motion to proceed in case regarding the leak of documents known as the Panama Papers).

Here, Plaintiff seeks to proceed under a pseudonym to ensure that the violation of his privacy that has already resulted from the underlying data breach is not exacerbated by having his PII as an employee of Defendant forced into the public domain. Plaintiff played no part in the invasion of his privacy and merely agreed to be an employee of Defendant. He entrusted Defendant to protect his privacy, and Defendant violated that trust by failing to reasonable protect his information. To limit his exposure and the violation of his privacy, he respectfully requests to proceed as John Doe, rather than to continue to be forced to identify his status as an employee.

## II.     CONCLUSION

WHEREFORE, the Plaintiff respectfully requests that this Court allow Plaintiff's *Ex-Parte* Motion to Proceed Under the Pseudonym "John Doe" in all Documents field with this Court.

4

**PLAINTIFF REQUESTS A HEARING ON THIS MOTION IF THE COURT DEEMS IT APPROPRIATE.**

Dated: March 4, 2025

The Plaintiff,
John Doe
By his attorneys,


/s/ Kimberly A. Dougherty
Kimberly A. Dougherty, Esq. (BBO# 658014)
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
Telephone: (508) 230-2700
Facsimile: (285) 278-0287
kim@justicelc.com

Raina C. Borrelli*
Samuel J. Strauss*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

J. Gerard Stranch, IV*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Pro hac vice* forthcoming